IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERRY L. COY II,

                        Plaintiff,

    v.

JEFFERSON COUNTY,
JEFFERSON COUNTY JAIL,
JEFFERSON COUNTY DR.,
CAPTAIN - JERRY HAFERMAN,
SHERIFF - PAUL S. MILBRATH,
NUMEROUS DEPUTYS AT THE JAIL,

                        Defendants.

ORDER

09-cv-752-slc

---

      Plaintiff Jerry Coy II, a prisoner at the Jefferson County Jail in Jefferson, Wisconsin, has submitted a proposed complaint in this case. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff submits a trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2).

      Plaintiff's complaint was submitted on December 14, 2009. His trust fund account statement should cover the six-month period beginning approximately June 12, 2009 and ending approximately December 13, 2009. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send plaintiff's trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until January 5, 2010, in which to submit a certified copy of his trust fund account statement for the period beginning approximately June 12, 2009 and ending approximately December 13, 2009.  If, by January 5, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily.  In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 17th day of December, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge